IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID SOTO,** | CIV S-04-1432 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **EDWARD S. ALAMEIDA, et al.,** | |
| Respondents. | |

Respondents have requested a thirty (30) day extension of time in which to file an answer to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including December 19, 2005, in which to file an answer to the petition for writ of habeas corpus filed by Petitioner.

DATED: November 16, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
soto1432.eot