IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SOTO,

      Petitioner,                      No. CIV S-04-1432 LKK DAD P

     vs.

EDWARD S. ALAMEIDA, et al.,

      Respondents.                 <u>ORDER</u>

_____/

        Petitioner has filed a second request for an extension of time to file his traverse. Good cause appearing, the request will be granted. No further extensions of time will be granted for this purpose.

        IT IS HEREBY ORDERED that:

        1. Petitioner's May 14, 2007 second request for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before June 16, 2007. No further extensions of time will be granted.

DATED: May 18, 2007.

                                                                              DALE A. DROZD
                                                                    UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
soto1432.111trav(2)